**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01779-RBJ

**DEBBI POTTS,** a Colorado resident,

Plaintiff,

v.

**CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., (FKA COLLEGEAMERICA DENVER, INC.),** an Indiana Corporation,

Defendant.

---

**NOTICE OF APPEAL**

---

Please take notice that Plaintiff Debbi Potts hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Final Judgment (ECF 48) and Order (ECF 47) entered in this action on March 24, 2017.

//

//

Dated 4/24/2017.

Logan R. Martin
Zachary S. Westerfield
Westerfield & Martin, LLC
600 17th St. Suite 2800, South Tower
Denver, CO 80202
Phone: (303) 915-5002
Fax: (303) 260-6401
Logan@WesterfieldLaw.com
Zach@WesterfieldLaw.com

/s/ Brandon J. Mark
Brandon J. Mark
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2017, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Raymond W. Martin, martin@wtotrial.com

Steven M. Gombos, sgombos@ritzert-leyton.com

Gerald M. Ritzert, gritzert@ritzert-leyton.com

/s/ Brandon J. Mark